THE GERBEREUX COMPANY, Respondent, v. GEORGE W. RUSSELL, JR., Appellant.— Motion for further extension of time denied, with ten dollars costs. Present — Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ.

THE GERBEREUX COMPANY, Respondent, v. ERNA ZIMMERMAN, Appellant.— Motion for further extension of time denied, with ten dollars costs. Present — Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ.

RUDOLPH HOLDE, Appellant, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Respondent.— Motion denied on condition that appellant perfect the appeal for the January, 1922, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ARTHUR CARTER HUME, as Receiver, etc., Appellant, v. WALLACE E. J. COLLINS, as Receiver, etc., and Others, Respondents.— Motion granted, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

MARTHA B. HUSON, Appellant, v. CHARLES J. STOLL, Respondent.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application for Voluntary Dissolution of the SONS OF ABRAHAM ASSOCIATION, INC.— This case in its practical aspects, with reference to the rights of the corporation and its members, is not of sufficient importance to warrant an appeal to the Court of Appeals. The question which the Attorney-General raises is one which may be hereafter considered upon fuller presentation in a case where it has some practical importance. Motion denied. ·Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

GEORGE H. MILLER, Appellant, v. DANIEL M. GERARD, Respondent.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

NEW YORK DOCK COMPANY, Appellant, Respondent, v. FLINN-O'ROURKE COMPANY, INC., and THE CITY OF NEW YORK, Respondents, Appellants.— Motion for reargument granted, and case set down for Thursday, December 8, 1921. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

NEW YORK DOCK COMPANY, Appellant, Respondent, v. FLINN-O'ROURKE COMPANY, INC., and THE CITY OF NEW YORK, Respondents, Appellants.— Motion for reargument granted, and case set down for Thursday, December 8, 1921. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ANDREW NOHE and Others, Appellants, v. EDITH MINNINGHAM, Respondent.— Motion denied on condition that appellant perfect the appeal for the January, 1922, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOHN SOFFEL, Respondent, v. ROSE SOFFEL, Appellant.— Motion granted to the extent of staying the second trial, on condition that the appeal be brought on at the December term, for which term the case is set down. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOSEPH A. TAYLOR, Respondent, v. ELLSWORTH BUILDING CORPORATION